CHICAGO G. W. RY. CO. v. FEECHTER. (Circuit Court of Appeals, Eighth Circuit. March 17, 1902.) No. 1,647. In Error to the Circuit Court of the United States for the Northern District of Iowa. A. B. Cummins and J. P. Hewitt, for plaintiff in error. Henry Rickel, E. H. Crocker, P. W. Tourtellot, and John Jamison, for defendant in error. Dismissed, per stipulation, without costs to either party in this court.

---

CHICAGO G. W. RY. CO. v. PROWSE. (Circuit Court of Appeals, Eighth Circuit. May 29, 1902.) No. 1,690. In Error to the Circuit Court of the United States for the Northern District of Iowa. A. G. Briggs and D. E. Lyon, for plaintiff in error. J. C. Longueville and J. W. Kintzinger, for defendant in error. Dismissed, with costs, pursuant to stipulation of the parties.

---

CHICK et al. v. MERCANTILE TRUST CO. et al. (Circuit Court of Appeals, Ninth Circuit. May 6, 1902.) No. 782. Appeal from the Circuit Court of the United States for the Southern District of California. Works, Lee & Works, for appellants. Charles Monroe and Alexander & Green, for appellees. Motion to dismiss argued, submitted, and granted, and appeal dismissed, at the cost of the appellees.

---

CITY OF ANOKA et al. v. ANOKA WATERWORKS, ELECTRIC LIGHT & POWER CO. et al. (Circuit Court of Appeals, Eighth Circuit. May 12, 1902.) No. 1,657 Appeal from the Circuit Court of the United States for the District of Minnesota. Albert F. Pratt and Marshall A. Spooner, for appellants. W. E. Hale, for appellees. Dismissed, pursuant to stipulation, without costs to either party in this court. See (C. C.) 109 Fed. 580.

---

CUDAHY PACKING CO. v. GILLIN. (Circuit Court of Appeals, Eighth Circuit. June 5, 1902.) No. 1,734. In Error to the Circuit Court of the United States for the District of Nebraska. Edson Rich, for plaintiff in error. F. T. Ransom, for defendant in error. Dismissed with costs pursuant to stipulation of parties.

---

CUSTER COUNTY v. WESTERN RANCHES, Limited. (Circuit Court of Appeals, Ninth Circuit. May 15, 1902.) No. 798. In Error to the Circuit Court of the United States for the District of Montana. J. H. Johnston, J. W. Strevell, and T. J. Porter, for plaintiff in error. Clayberg & Gunn, for defendant in error. Suggestion of want of jurisdiction submitted, and writ of error ordered dismissed for want of jurisdiction.

---

EMPIRE STATE–IDAHO MINING & DEVELOPING CO. v. HANLEY. (Circuit Court of Appeals, Ninth Circuit. June 3, 1902.) No. 843. Appeal from the Circuit Court of the United States for the Northern Division of the District of Idaho. W. B. Heyburn, for appellant. John R. McBride, for appellee. Appeal dismissed, upon motion of counsel for the appellant, without prejudice to appellant to pray and perfect another appeal from the order of the United States circuit court appealed from.